# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CANDY DAVIS**                                                                                        **PLAINTIFF**

**V.**                                    **NO. 3:24-CV-00038-JTK**

**MARTIN J. O'MALLEY, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 23rd day of December 2024.

_____
UNITED STATES MAGISTRATE JUDGE